STATE OF NEW JERSEY v. RENEE NICELY AND
ALLEN BASS.

June 16, 1983.

ORDERED that the motions of the New Jersey Division of
Youth and Family Services, the Essex County Prosecutor, and
the State of New Jersey, for leave to appeal are granted, and
the judgment of the Superior Court, Appellate Division of June
3, 1983, is summarily reversed and the order of the Superior
Court, Law Division of May 31, 1983, is reinstated.

Jurisdiction is not retained.

STATE IN THE INTEREST OF R.W.

June 16, 1983.

ORDERED that the motion for leave to appeal is granted and
the order of the Appellate Division of June 8, 1983, is vacated
insofar as it stayed the sentence.

Jurisdiction is not retained.

LILLY FEIT v. BOARD OF EDUCATION OF THE BOROUGH OF
ROSELLE, UNION COUNTY.

June 20, 1983.

Petition for certification denied.